THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| USA, | CASE NO. CR16-0204-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| SARAVOUTH SUN, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court upon the Defendant's Unopposed Motion to Continue the Trial Date from September 19, 2016, to November 7, 2016, and is supported by the declaration of counsel.

The Court ORDERS that trial is continued to November 7, 2016, and the period of time between entry of this Order and November 7, 2016, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

Further, the Court ORDERS that all pretrial filings—including trial briefs, motions in limine, proposed voir dire, proposed jury instructions, and proposed verdict forms—shall be submitted no later than Monday, October 31, 2016, with responses due Wednesday, November 2, 2016. Regarding the proposed jury instructions, the parties shall indicate which instructions they

1 | agree upon and which instructions are contested, along with the basis for challenging each
2 | contested instruction.
3 |       DATED this 9th day of September 2016.

<u>William M. McCool</u>
Clerk of Court

<u>s/Paula McNabb</u>
Deputy Clerk
