THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| USA, <br><br> Plaintiff, <br><br> v. <br><br> SARAVOUTH SUN, <br><br> Defendant. | CASE NO. CR16-0204-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant Sun's unopposed motion to continue the trial date (Dkt. No. 22). The Court finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure adequate time for effective case preparation, and that these factors outweigh the best interests of the public and the defendant in a speedy trial. The Court ORDERS that the new trial date be set for January 17, 2017.

The Court further ORDERS that all pretrial filings—including trial briefs, motions in limine, proposed voir dire, proposed jury instructions, and proposed verdict forms—shall be submitted no later than Monday, January 9, 2017, with responses due Wednesday, January 11, 2017. Regarding the proposed jury instructions, the parties shall indicate which instructions they

agree upon and which instructions are contested, along with the basis for challenging each contested instruction.

The Court further finds that the period of time from the date of Defendant's motion to continue trial, October 20, 2016, until the new trial date of January 17, 2017, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 *et seq*.

DATED this 24th day of October 2016.

William M. McCool<br>
Clerk of Court<br><br>
/s/Paula McNabb<br>
Deputy Clerk