UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | NO.  CR16-204RSL |
| v | |
| SARAVOUTH SUN, | MINUTE ORDER |
| Defendant. | |

The following Minute Order is made and entered on the docket at the direction of the HONORABLE ROBERT S. LASNIK, UNITED STATES DISTRICT JUDGE:

The evidentiary hearing on revocation of supervised release for the above-named defendant previously scheduled for December 1, 2022, is rescheduled for **Thursday, February 23, 2023 at 11:00 a.m.**, in Room 15106 before the Honorable Robert S. Lasnik.

DATED this 29th day of November, 2022.

*s/Laura Hobbs*
By Laura Hobbs,
Deputy Clerk

MINUTE ORDER